■ In the Matter of LAWRENCE V. LOPEZ, Doing Business as LOPEZ STEAK HOUSE, Petitioner, v STATE OF NEW YORK LIQUOR AUTHORITY, Respondent. (Appeal No. 1.)—Determination unanimously modified in accordance with memorandum and, as modified, confirmed, without costs. Memorandum: Petitioner in an article 78 proceeding seeks review of respondent's determination which canceled his on-premises liquor license and his grocery store beer license. Since both of petitioner's licenses were surrendered to respondent approximately one year ago, we reduce the penalty to a suspension in each case for the period of time that each license has been surrendered. In our view, the penalty of cancellation was excessive and constituted an abuse of discretion to the extent indicated. (Article 78 proceeding transferred by order of Monroe Supreme Court—reargument.) Present— Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.

■ In the Matter of LAWRENCE V. LOPEZ, Petitioner, v STATE OF NEW YORK LIQUOR AUTHORITY, Respondent. (Appeal No. 2.)—Determination unanimously modified in accordance with memorandum and, as modified, confirmed, without costs. Same memorandum as in Lopez v State Liq. Auth. (53 AD2d 1016). (Article 78 proceeding transferred by order of Monroe Supreme Court—reargument.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.

■ HUMBLE OIL AND REFINING COMPANY, Also Known as ESSO STANDARD OIL COMPANY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 50556.)—Judgment unanimously affirmed, without costs, upon the decisions at the Court of Claims. (Appeal from judgment of Court of Claims— appropriation.) Present—Marsh, P. J., Moule, Cardamone, Mahoney and Dillon, JJ.